UNITED STATES BANKRUPTCY COURT
Southern District of Florida

IN RE:                                                                                           Case No. 09-11694-BKC-JKO
                                                                                                  Chapter   7
ROLLINS LANDSCAPE ENTERPRISES, INC.
Tax Id: 65-0198566

_____Debtor(s)_____/

## TRUSTEE'S NOTICE OF FINAL DIVIDENDS TO CREDITORS

The trustee herein files this Notice of Dividends to the creditors of this estate.  Attached hereto is the Trustee's Final Dividend made to creditors.

The dividend checks were mailed to creditors on May 11, 2010.  If checks are not cashed within 90 days by the creditors all remaining funds will be turned over to the clerk of the court for deposit into the U.S. Treasury pursuant to 11 U.S.C. §347(a) and Local Rule 3011.

Dated:   May 12, 2010                                         /s/ Marika Tolz
                                                                                  MARIKA TOLZ, Trustee
                                                                                  Southern District of Florida
                                                                                  1804 Sherman Street
                                                                                  Hollywood, FL  33020
                                                                                  Telephone: (954) 923-6536

# FINAL DISTRIBUTION

Case Number: 09-11694-JKO  Page 1  Date: May 12, 2010
Debtor Name: ROLLINS LANDSCAPE ENTERPRISES, INC.

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| | Beginning Balance | | | | | | | $0.00 |
| | **Claim Type 2100-00 - Trustee Compensation** | | | | | | | |
| | Marika Tolz, Trustee | Admin | 001 | $4,707.64 | $2,517.74 | $2,189.90 | $0.00 | $0.00 |
| | | Percent Paid: 53 % | | | | | | |
| | **Subtotal For Claim Type 2100-00** | | | $4,707.64 | $2,517.74 | $2,189.90 | $0.00 | |
| | **Claim Type 2200-00 - Trustee Expenses** | | | | | | | |
| | Marika Tolz, Trustee | Admin | 001 | $115.82 | $61.94 | $53.88 | $0.00 | $0.00 |
| | | Percent Paid: 53 % | | | | | | |
| | **Subtotal For Claim Type 2200-00** | | | $115.82 | $61.94 | $53.88 | $0.00 | |
| | **Claim Type 3210-00 - Attorney for Trustee Fees (Other** | | | | | | | |
| | Moffa & Bonacquisti, P.A.<br>7771 W Oakland Park Blvd.<br>Suite 141<br>Sunrise, FL 33351 | Admin<br>Percent Paid: 53 % | 001 | $8,349.00 | $4,465.21 | $3,883.79 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3210-00** | | | $8,349.00 | $4,465.21 | $3,883.79 | $0.00 | |
| | **Claim Type 3220-00 - Attorney for Trustee Expenses** | | | | | | | |
| | Moffa & Bonacquisti, P.A.<br>7771 W Oakland Park Blvd.<br>Suite 141<br>Sunrise, FL 33351 | Admin<br>Percent Paid: 53 % | 001 | $403.59 | $215.85 | $187.74 | $0.00 | $0.00 |
| | **Subtotal For Claim Type 3220-00** | | | $403.59 | $215.85 | $187.74 | $0.00 | |
| | **Claim Type AE - ACCOUNTANT  EXPENSES** | | | | | | | |
| | MarcumRachlin<br>a division of Marcum, LLP<br>450 East Las Olas Boulevard<br>9th Floor<br>Ft. Lauderdale, FL 33301 | Admin<br>Percent Paid: 53 % | 001 | $6.64 | $3.55 | $3.09 | $0.00 | $0.00 |
| | **Subtotal For Claim Type AE** | | | $6.64 | $3.55 | $3.09 | $0.00 | |
| | **Claim Type AF - ACCOUNTANT FEES** | | | | | | | |
| | MarcumRachlin<br>a division of Marcum, LLP<br>450 East Las Olas Boulevard<br>9th Floor<br>Ft. Lauderdale, FL 33301 | Admin<br>Percent Paid: 53 % | 001 | $4,517.50 | $2,416.04 | $2,101.46 | $0.00 | $0.00 |
| | **Subtotal For Claim Type AF** | | | $4,517.50 | $2,416.04 | $2,101.46 | $0.00 | |
| | Subtotals For Class Administrative   53 % | | | $18,100.19 | $9,680.33 | $8,419.86 | $0.00 | |

## FINAL DISTRIBUTION

| | | | |
|---|---|---|---|
| Case Number: 09-11694-JKO | | Page 2 | Date: May 12, 2010 |
| Debtor Name: ROLLINS LANDSCAPE ENTERPRISES, INC. | | | |

| Claim # | Payee Name | Class | Priority | Amount | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $18,100.19 | $9,680.33 | $8,419.86 | $0.00 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

PROPDIS4
Printed: 05/12/10 02:39 PM    Ver: 15.08